UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.L-C., individually and on behalf of her child M.L-C., a minor,

                     Plaintiffs,

    v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                     Defendant.

**ORDER**

20 Civ. 8243 (ER)

RAMOS, D.J.

    On October 4, 2020, N.L-C., individually and on behalf of her child M.L-C., brought this action against the New York City Department of Education ("Defendant") for violation of the Individuals with Disabilities Education Improvement Act.  Doc. 1.  Defendant was served on November 13, 2020, but has not yet responded to the complaint.  Plaintiffs are therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

    It is SO ORDERED.

Dated:  April 5, 2021
          New York, New York

                                            Edgardo Ramos, U.S.D.J.