

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN KRIST<br>Tel.: 212-356-2471<br>email: bkrist@law.nyc.gov |

April 27, 2021

Hon. Edgardo Ramos
United States District Judge
United States District Court
  for the Southern District of New York
United States District Courthouse
40 Foley Square
New York, NY 10007

      Re:    *N.L-C. v. New York City Dept. of Educ.*
                Dkt. No. 20-cv-08243 (ER)

Your Honor,

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York and counsel for the Defendant New York City Department of Education ("DOE") in the above-referenced matter. I write, with the consent of the Plaintiff, to request an adjournment of the April 28, 2021 conference scheduled by the Court to May 7, 2021 or as soon thereafter as counsel may be heard.

      Prior to the Court's scheduling of this conference, I was already scheduled to attend a quarterly meeting of the New York State Board for Public Accountancy – of which I am a member – on April 28, 2021 that I am unable to re-schedule. Counsel for the parties are both available on May 7, 2021 however, and will confer to identify additional dates if the Court requires.

      Please accept my thanks for the Court's time and consideration of this request.

Respectfully Submitted,

  /s/ Brian Krist
Brian Krist
Assistant Corporation Counsel
*Counsel for the Defendant*

---

Defendant's request for an adjournment is granted. The conference is rescheduled to **May 7, 2021**, at 2:30 p.m. The parties are directed to call (877) 411-9748 at that time and enter the access code 3029857, followed by the pound (#) sign when prompted.

It is SO ORDERED.    _____
                                Edgardo Ramos, U.S.D.J.
                                Dated: 04/27/2021
                                New York, New York

cc: Counsel of Record (via ECF)