# MEMO ENDORSED



**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Acting Corporation Counsel*

BRIAN KRIST
Tel.: 212-356-2471
email: bkrist@law.nyc.gov

July 16, 2021

Hon. Edgardo Ramos
United States District Judge
United States District Court
 for the Southern District of New York
United States District Courthouse
40 Foley Square
New York, NY 10007

> The amended briefing schedule is approved: Defendant's opposition due July 21, 2021, and Plaintiff's reply due August 12, 2021.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 07/16/2021
> New York, New York

Re: *N.L-C. v. New York City Dept. of Educ.*
Dkt. No. 20-cv-08243 (ER)

Your Honor,

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and counsel for the Defendant New York City Department of Education ("DOE") in the above-referenced matter. I respectfully submit this letter jointly with Plaintiff's counsel to request a minor modification of the briefing schedule relating to Plaintiffs' motion for an award of attorney's fees in this matter

Subsequent to the Court's June 14, 2021 order (ECF 38) that initially so-ordered the briefing schedule for Plaintiffs' motion, the federal government declared June 18, 2021 – the original date by which Plaintiff's motion was due - as federal holiday in observance of Juneteenth. As a result, the Court permitted the Plaintiff until June 21, 2021 to file its motion. I write now to request a corresponding adjustment to the remaining dates in the schedule. Specifically, the parties respectfully request that the schedule be modified as follows: (1) extending the Defendant's time to file its response to the Plaintiff's motion from July 18, 2021 to July 21, 2021, and (2) extending Plaintiff's time to reply from August 9, 2021 to August 12,

2021. I have communicated with counsel for the Plaintiff, Benjamin Hinerfeld, and as noted, this request is made jointly.

Please accept my thanks for the Court's time and consideration of this request.

Respectfully Submitted,

　/s/ Brian Krist
Brian Krist
Assistant Corporation Counsel
*Counsel for the Defendant*

cc: Counsel of Record (via ECF)