UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
N. L-C., individually and on behalf of her child
M. L-C., a minor,

                        Plaintiff,

         -against-                                 20 **CIVIL** 8243 (ER)

                                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 18, 2022, the Court has granted the motion for attorneys' fees and costs with the following modifications: (1) N. L-C.'s senior attorneys, Irina Roller, Benjamin Hinerfeld, and Mary Jo Whateley are entitled to an hourly rate of $400; Maria Mandilas, paralegal, is entitled to an hourly rate of $125; (2) the hours billed by N. L-C. in the federal action are reduced by twenty percent, totaling 51.5 hours; (3) the fee for photocopying is reduced to ten cents per page; (4) the traveling fee will be reduced to half of the corrected hourly rate, $400; accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2022

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                   **BY:**

                                                        **Deputy Clerk**