# MEMO ENDORSED

## Law Offices of Irina Roller, PLLC

40 Wall Street  
Suite 2508  
New York, New York 10005

Telephone (212) 688-1100  
Facsimile (212) 706-9362  
Email: Hearings@RollerEsq.com

_____

February 21, 2023

*Via ECF*  
Hon. Edgardo Ramos  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *N.L.-C., et al., v.* New York City Department of Education  
1:20-cv-08243 (ER)

> The request to withdraw plaintiffs' motion to compel is granted. The Clerk of Court is respectfully directed to terminate the motion, Doc. 56. SO ORDERED.
>
> _____  
> Edgardo Ramos, U.S.D.J  
> Dated: February 22, 2023  
> New York, New York

Dear Judge Ramos:

I write to inform the Court that the Defendant, New York City Department of Education (DOE) has complied with the Order for payment. I wish to withdraw Plaintiffs' Motion to Compel.

Thank you for your assistance with resolving this matter.

Respectfully submitted,

_____/s/_____  
Irina Roller  
**LAW OFFICES OF IRINA ROLLER, PLLC**  
*Special Education Attorneys*  
40 Wall Street - Suite 2508  
New York, NY 10005  
Telephone (212) 688-1100  
Facsimile (212) 656-1650

Cc: all counsel *via* ECF